UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RITA RODRIGUEZ and CARLOS
J. FERNANDEZ, an individual

    Plaintiffs,

v.                                Case No: 2:21-cv-427-SPC-NPM

WESTERN WORLD
INSURANCE COMPANY,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on review of the file. On June 10, 2021, the Court directed Defendant Western World Insurance Company to supplement its Notice of Removal within seven days to show cause why this case should not be remanded for lack of subject-matter jurisdiction. (Doc. 11). It warned Defendant that failure to do so will result in remand of the case without further notice. (Doc. 11 at 4). Because Defendant has not supplemented its Notice of Removal by the deadline, the Court will remand this case for lack of subject-matter jurisdiction.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

1. The above-captioned action is **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

2. The Clerk of Court is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

3. The Clerk is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on June 25, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record